IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80114 WHA

IN THE MATTER OF

Douglas Richard Slain – #048686

**ORDER OF SUSPENSION**

/

Because Douglas Richard Slain has failed to respond to the order to show cause, Mr. Slain's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:  September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE